UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SHETARA D. SIMS,

  Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, AUSTIN CAPITAL BANK SSB, CAINE & WEINER COMPANY, INC., PRESTIGE FINANCIAL SERVICES, INC., SOUTHSTATE BANK, N.A. f/k/a ATLANTIC CAPTIAL BANK, and U.S. DEPARTMENT OF EDUCATION,

  Defendants.
_____/

CASE NO.: 1:24-cv-04237-SEG-CMS

**NOTICE OF SETTLEMENT AS TO DEFENDANTS,
CAINE & WEINER COMPANY, INC. AND SOUTHSTATE BANK, N.A.
f/k/a ATLANTIC CAPTIAL BANK**

COMES NOW Plaintiff, SHETARA D. SIMS, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendants, CAINE & WEINER COMPANY, INC. and SOUTHSTATE BANK, N.A. f/k/a ATLANTIC CAPTIAL BANK, have reached a settlement with regard to this case and are

1

presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 25th day of November, 2024.

/s/Octavio Gomez
Octavio "Tav" Gomez
Florida Bar #:0338620
Georgia Bar #: 617963
Pennsylvania #: 325066
The Consumer Lawyers PLLC
501 E. Kennedy Blvd., Ste 610
Tampa, FL 33602
Cell: (813)299-8537
Facsimile: (844)951-3933
Primary Email:
Tav@theconsumerlawyers.com
Secondary Email:
Lisa@theconsumerlawyers.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on this 25th day of November, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

                                          **/s/Octavio Gomez**
                                          Octavio "Tav" Gomez
                                          Georgia Bar #: 617963
                                          *Attorney for Plaintiff*