UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SHETARA D. SIMS,

　Plaintiff,

v.   　　　　　　　　　　　　　CASE NO.: 1:24-cv-04237-SEG-CMS

EQUIFAX INFORMATION
SERVICES, LLC, EXPERIAN
INFORMATION SOLUTIONS, INC.,
TRANS UNION LLC, AUSTIN
CAPITAL BANK SSB, CAINE &
WEINER COMPANY, INC.,
PRESTIGE FINANCIAL SERVICES,
INC., SOUTHSTATE BANK, N.A.
f/k/a ATLANTIC CAPTIAL BANK,
and U.S. DEPARTMENT OF
EDUCATION,

　Defendants.
_____/

**NOTICE OF SETTLEMENT AS TO DEFENDANT,
AUSTIN CAPITAL BANK SSB**

COMES NOW Plaintiff, SHETARA D. SIMS, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, AUSTIN CAPITAL BANK SSB, have reached a settlement with regard to this case and are

1

presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 5th day of March, 2025.

                                         **/s/Octavio Gomez**
                                         Octavio "Tav" Gomez
                                         Florida Bar #:0338620
                                         Georgia Bar #: 617963
                                         Pennsylvania #: 325066
                                         The Consumer Lawyers PLLC
                                         501 E. Kennedy Blvd., Ste 610
                                         Tampa, FL 33602
                                         Cell: (813)299-8537
                                         Facsimile: (844)951-3933
                                         Tav@theconsumerlawyers.com
                                         *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on this 5th day of March, 2025 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

                                         **/s/Octavio Gomez**
                                         Octavio "Tav" Gomez
                                         Georgia Bar #: 617963
                                         The Consumer Lawyers, PLLC
                                         *Attorney for Plaintiff*