UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SHETARA D. SIMS,

  Plaintiff,

v.

                               CASE NO. 1:24-cv-04237-SEG-CMS

EQUIFAX INFORMATION
SERVICES LLC; EXPERIAN
INFORMATION SOLUTIONS, INC.;
TRANS UNION LLC; AUSTIN
CAPITAL BANK SSB, CAINE &
WEINER COMPANY, INC.,
PRESTIGE FINANCIAL SERVICES,
INC., SOUTHSTATE BANK, N.A.
f/k/a ATLANTIC CAPITAL BANK,
and U.S. DEPARTMENT OF
EDUCATION,

    Defendants.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO U.S. DEPARTMENT OF EDUCATION,**

COMES NOW Plaintiff, SHETARA D. SIMS, and Defendants, U.S. DEPARTMENT OF EDUCATION pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff, against Defendants U.S. DEPARTMENT OF EDUCATUON in the above

1

styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 19th day of May 2025.

| | |
|---|---|
| **/s/ Octavio Gomez** | **/s/ Neeli Ben-David** |
| Octavio "Tav" Gomez | Neeli Ben-David |
| Florida Bar No.: 0338620 | Georgia Bar No.: 049788 |
| Georgia Bar No.: 617963 | Assistant United States Attorney |
| Pennsylvania No.: 325066 | 600 U.S. Courthouse |
| The Consumer Lawyers PLLC | 75 Ted Turner Drive SW |
| 501 E. Kennedy Blvd., Suite 610 | Atlanta, Georgia 30303 |
| Tampa, FL 33602 | Telephone: (404) 581-6000 |
| Cell: (813) 299-8537 | Neeli.Ben-David@usdoj.gov |
| Tav@theconsumerlawyers.com | *Counsel for Defendant, U.S.* |
| *Attorney for Plaintiff* | *Department of Education* |
| | |
| **/s/ Jonathan Nussbaum** | **/s/ Michael F. Hanson** |
| Jonathan Nussbaum | Michael F. Hanson |
| Georgia Bar No.: 162672 | Georgia Bar No.: 323964 |
| Thompson Hine LLP | The Hanson Firm, LLC |
| Two Alliance Center | 3225 Cumberland Blvd SE, Suite 100 |
| 3560 Lenox Road NE, Suite 1600 | Atlanta, Georgia 30339 |
| Atlanta, Georgia 30326-4266 | Telephone: (404) 460-7940 |
| Telephone: (404) 407-3639 | Mike.Hanson@hansonfirm.com |
| Jonathan.Nussbaum@thompsonhine.com | |
| *Attorney for Defendant, Austin Capital Bank, SSB* | *Attorney for Defendant, SouthState Bank, N.A.* |

| | |
|---|---|
| **/s/ Paul W. Sheldon** | **/s/ Matthew T. Covell** |
| Paul W. Sheldon | Matthew T. Covell |
| Georgia Bar No.: 947098 | Georgia Bar No.: 190735 |
| Quilling, Selander, Lownds, Winslett & Moser, P.C. | Holland & Knight LLP |
| 6900 N. Dallas Parkway, Suite 800 | 1180 West Peachtree St. NW., Ste. 1800 |
| Plano, Texas 75024 | Atlanta, Georgia 30309 |
| Telephone: (214) 560-5453 | Telephone: (404) 817-8500 |
| Facsimile: (214) 871-2111 | Facsimile: (404) 881-0470 |
| PSheldon@qslwm.com | Matthew.Covell@hklaw.com |
| *Attorney for Defendant, Trans Union LLC* | *Attorney for Defendant, Prestige Financial Services, Inc.* |